MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR - 7 2008 aew
4-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Antione Leron Willis

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

STATE OF ILLINOIS
County of Cook

_____

Case No: 06CR-23138
(To be supplied by the Clerk of this Court)

08CV1964
JUDGE NORGLE
MAG. JUDGE DENLOW

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

☑  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   Plaintiff(s):  The State of Illinois the County of Cook.

Revised: 7/20/05

A. Name: *Antione Leron Willis*

B. List all aliases: *Antione L. Willis (N/O Aliases)*

C. Prisoner identification number: *B59729*

D. Place of present confinement: *Cook County Jail*

E. Address: *P.O Box 089002 Chicago IL 60608*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: *Antione Leron Willis*

   Title: *Driver*

   Place of Employment: *Chicago Medicar*

B. Defendant: _____

   Title: _____

   Place of Employment: _____

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( )  NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( )  NO ( )

C. If your answer is **YES**:

1. What steps did you take?

_____

_____

_____

2. What was the result?

_____

_____

_____

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D. If your answer is NO, explain why not:

_____

_____

_____

E.  Is the grievance procedure now completed?  YES ( )  NO ( )

F.  If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO (X)

G.  If your answer is YES:

  1.  What steps did you take?

    _____
    _____
    _____

  2.  What was the result?

    _____
    _____
    _____

H.  If your answer is NO, explain why not: **Because they wasn't trying to be bothered with my situation.**

Case 1:08-cv-01964   Document 1   Filed 04/07/2008   Page 4 of 7

4

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Antione Willis vs The State of Illinois the County of Cook. Case # 06CR-23138

B. Approximate date of filing lawsuit: 4-2-08

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ~~██████~~ the State of Illinois, the County of Cook

D. List all defendants: Antione Willis

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County

F. Name of judge to whom case was assigned: Judge Marcus Salome

G. Basic claim made: I was shot during arrest by Chicago Police officer

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case was appealed and continued for 4-30-08

I. Approximate date of disposition: 3-31-08

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

This is the only case that I ever filed.

VI.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want compensated for my lost of apartment, my car, the medical attention after being injured during arrest and losing my job.

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  2  day of  4 , 20 08

Antione Leron Willis
(Signature of plaintiff or plaintiffs)

Antione Leon Willis
(Print name)

Joint # B59729

20060073427
(I.D. Number)

2600 S California
P.O Box 089002
Chicago IL 60608
(Address)