

**RECEIVED**

APR 23 2008 *aew*
Apr 23. 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Antione L Willis
_____
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 08 C 1964
(To be supplied by the Clerk of this Court)

The People of the
State of Illinois
Officer James
TrianTaFillo, officer
Joseph Wagner
_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

___✓___     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
            **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A.   Name: Antione L Willis

B.   List all aliases: _____

C.   Prisoner identification number: 2006 007 3927

D.   Place of present confinement: Cook County Jail

E.   Address: 2600 S California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: James TrianTafillo

Title: Chicago Police officer

Place of Employment: Area 5 Police Station

B.   Defendant: Joseph Wagner

Title: Chicago Police officer

Place of Employment: Area 5 Police Station

C.   Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _08  C  1964_

B.    Approximate date of filing lawsuit: _4·1·08_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Antione L Willis_

D.    List all defendants: _Officer James Triantafillo, Officer Joseph Wagner_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District_

F.    Name of judge to whom case was assigned: _Charles R Norgle_

G.    Basic claim made: _impeachment, injury Sustain while been arrested by officer Joseph Wagner_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Still pending_

I.    Approximate date of disposition: _4·30·08_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Officer: James Trianta Fillo was under oath during trial and lied under oath which is impeachment and his testimony had a part involve of my finding of guilty.

Officer: Joseph Wagner was the officer who shot me while been place under arrest resulting me sustain injury.

The evidence in the case put me at the location but the gun that was recovered didn't have my prints on them, neither did any of the recovered shell casing; nor was any gun shot residue on any of my clothing which the Police took off me at the scene where the incident took place.

4                                    Revised 9/2007

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like some help in this matter and rectify this situation to give me my freedom back and to be recompense in this matter due to my injury, less of job, apartment.

**VI.**   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __17__ day of __4__, 20 _0 8_

_Antione L. Willis_
(Signature of plaintiff or plaintiffs)
_Antione L. Willis   Div 1 G-3_
(Print name)
_2006 007 3427_
(I.D. Number) _P. O Box 089002_
_2600 S California_
_Chicago IL 60608_
(Address)

Revised 9/2007