# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES R. NORGLE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1964 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Antione Leron Willis (#2006-0073927 / #B-59729) vs. State of Illinois, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion for leave to proceed *in forma pauperis* [#6] is stricken. Again, the plaintiff's i.f.p. application must be certified by a correctional officer and must include a trust account statement showing the plaintiff's income for the period spanning from October 7, 2007, to April 7, 2008. The clerk is directed to mail the plaintiff another i.f.p. application. Failure either to submit a properly completed i.f.p. application or, in the alternative, to pay the full statutory filing fee of $350 within thirty days of the date of this order will result in denial of leave to proceed *in forma pauperis* and summary dismissal of this case.

■ [Docketing to mail notices.]

mjm