

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 23 2008
Apr 23. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Antoine L Willis

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

The People of the
State of Illinois
Officer James
TrianTafillo, officer
Joseph Wagner

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CDY

Case No: 08 C 1964
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:        **AMENDED COMPLAINT**

   ✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
        U.S. Code (state, county, or municipal defendants)

   ___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code (federal defendants)

   ___  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Antione L Willis

B. List all aliases: _____

C. Prisoner identification number: 2006 007 3927

D. Place of present confinement: Cook County Jail

E. Address: 2600 S California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: James Triantafillo
   Title: Chicago Police officer
   Place of Employment: Area 5 Police Station

B. Defendant: Joseph Wagner
   Title: Chicago Police officer
   Place of Employment: Area 5 Police Station

C. Defendant: _____
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 08 C 1964

B. Approximate date of filing lawsuit: 4·1·08

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Antione L Willis

D. List all defendants: Officer James Trianta Fillo, Officer Joseph Wagner

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Charles R Norgle

G. Basic claim made: impeachment, injury sustain while been arrested by officer Joseph Wagner

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: 4·30·08

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Officer: James Trianta Fillo was under oath during trial and lied under oath which is impeachment and his testimony had a part involve of my finding of guilty.

Officer: Joseph Wagner was the officer who shot me while been place under arrest resulting me sustain injury.

The evidence in the case put me at the location but the gun that was recovered didn't have my prints on them, neither did any of the recovered shell casing; nor was any gun shot residue on any of my clothing which the Police took off me at the scene where the incident took place.

V.     Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like some help in this matter and rectify this situation to give me my freedom back and to be recompense in this matter due to my injury, loss of job, apartment.

VI.    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 17 day of 4, 20 08

_Antione L. Willis_
(Signature of plaintiff or plaintiffs)

Antione L. Willis  Div 1 G-3
(Print name)

2006 007 3927
(I.D. Number)

P.O Box 089002
2600 S California
Chicago IL 60608
(Address)

6                                                        Revised 9/2007