UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Antoine L. Willis, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1964 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| Joseph Wagner, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**   Antoine Willis (2006-0073927)
Cook County Jail
P.O. Box 089002
Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant Wagner's Motion For Leave to File his Motion to Dismiss Plaintiff's Amended Complaint *Instanter*** and served a copy of said motion upon you at the address listed above.

**PLEASE TAKE FURTHER NOTICE** that on September 5, 2008, at 10:30 a.m., I will appear before the Honorable Judge Charles Norgle and present the above motion.

**DATED** at Chicago, Illinois this 26th day of August, 2008.

                                                          Respectfully submitted,

30 N. LaSalle Street, Suite 1400

Chicago, IL 60602                    /S/ Shneur Z Nathan
312-742-1842                          Shneur Z. Nathan
ARDC No. 6294495                Assistant Corporation Counsel