**FILED**
SEP 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

8-27-08

To: Whom it May Concern

I Antrone Willis B59729 Am Serving a 6yr. Sentence at 85% at East Moline Corr Center. I've been here about 3½ wks. I was inform to write, to let you know My Current residence. Thank you
Case # 08 C 1964

P.S Sorry it took awhile to write. I didn't have any funds to buy the pre-stamp envelope

Thank you.