UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Antoine L. Willis, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1964 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| Joseph Wagner, | ) | Magistrate Judge Denlow |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**  Antoine Willis (B59729)
East Moline Correctional Center
100 Hillcrest Road
East Moline, Illinois 61244

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant Wagner's Motion to Dismiss Plaintiff's Amended Complaint** and served a copy of said motion upon you at the address listed above.

**PLEASE TAKE FURTHER NOTICE** that on September 12, 2008, at 10:30 a.m., I will appear before the Honorable Judge Charles Norgle and present the above motion.

**DATED** at Chicago, Illinois this 5th day of September, 2008.

Respectfully submitted,

30 N. LaSalle Street, Suite 1400

Chicago, IL 60602            /S/ Shneur Z Nathan_____
312-742-1842                 Shneur Z. Nathan
ARDC No. 6294495             Assistant Corporation Counsel