# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Antoine Leron Willis
                              Plaintiff,

v.                                             Case No.: 1:08–cv–01964
                                                              Honorable Charles R. Norgle Sr.

Joseph Wagner, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Defendant Wagner's Motion for Leave to File his Motion to Dismiss Instanter and Stay his Answer i [15] is granted. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.