### DEFENDANT JOSEPH WAGNER'S WITNESS LIST

**B.     Witnesses Who Will Be Called By Defendant Joseph Wagner.**

| Name of Witness | Description of Witness | Objection |
|---|---|---|
| 1. Joseph Wagner | Defendant | No objection |
| 2. James Triantafillo | Triantafillo is an Officer with the Chicago Police Department and the Defendant's partner. Triantafillo witnessed the shooting incident involving the Plaintiff and Defendant. | No objection |

**Witnesses Who May Be Called By Defendant Joseph Wagner.**

| Name of Witness | Description of Witness | Objection |
|---|---|---|
| 1. Stephen Coleman | Coleman is an Officer with the Chicago Police Department. Coleman and his partner, David Granado, responded to the police dispatch call that led to the shooting incident involving the Plaintiff and Defendant. | No objection |
| 2. David Granado | Granado is an Officer with the Chicago Police Department. Granado and his partner, Stephen Coleman, responded to the police dispatch call that led to the shooting incident involving the Plaintiff and Defendant. | No objection |
| 3. Assistant States' Attorney Lorna Amado-Chevlin | Prosecuted Plaintiff Antoine Willis in case *People v. Antoine Willis* 06CR2313801 (to be called if Plaintiff denies assaulting Defendant Wagner to testify about finding of guilty) | See Plaintiff's Motion in Limine No. 11: Plaintiff Antione L. Willis' Motion in Limine No. 11 to Bar Testimony and References to Findings of Guilty on the Underlying Counts Merged into Willis' Conviction as an Armed Habitual Criminal |
| 4. Investigator Kimberly Reynolds | Took various statements of Plaintiff during internal investigation of shooting (to be called for impeachment purposes only) | No objection |

US.54399284.01