### ANTIONE L. WILLIS v. JOSEPH WAGNER
### Case No. 08-cv-01964

### PLAINTIFF'S TRIAL EXHIBIT LIST

**To be entered into evidence**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 1 | 10/31/2013 | No bates range | Roger A. Clark Expert Report | Tends to prove Defendant's failure to follow proper police procedures<br><br>Tends to prove Defendant's use of deadly force unjustified | See Defendant's Motion to Bar the Expert Opinions of Roger A. Clark and Reply, Docket Entries 121 and 126. |
| 2 | Undated | No bates range | Roger A. Clark Curriculum Vitae | Establishes expert credentials | See Defendant's Motion to Bar the Expert Opinions of Roger A. Clark and Reply, Docket Entries 121 and 126. |
| 3 | 09/19/2013 | No bates range | Roger A. Clark Fee Schedule | Expert fee arrangement | See Defendant's Motion to Bar the Expert Opinions of Roger A. Clark and Reply, Docket Entries 121 and 126. |
| 4 | 10/30/2013 | No bates range | Roger A. Clark List of Sworn Testimony 10/28/2009 - 10/30/13 | Establishes expert credentials | See Defendant's Motion to Bar the Expert Opinions of Roger A. Clark and Reply, Docket Entries 121 and 126. |
| 5 | 01/06/2014 | No bates range | Roger A. Clark Supplemental Report | Tends to prove Defendant's use of deadly force unjustified | See Defendant's Motion to Bar the Expert Opinions of Roger A. Clark and Reply, Docket Entries 121 and 126. |

## ANTIONE L. WILLIS v. JOSEPH WAGNER
### Case No. 08-cv-01964

### PLAINTIFF'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 6 | Undated | No bates range | California POST Learning Domain - List of Justifiable Homicides by Police Officer | Used to refresh recollection and/or for impeachment<br><br>Relevant to Defendant's use of deadly force | See Defendant's Motion to Bar the Expert Opinions of Roger A. Clark and Reply, Docket Entries 121 and 126. |
| 7 | 01/14/2002 | No bates range | CPD Crime Scene Protection and Processing Preliminary Investigation | Establishes CPD policy for protection and investigation of crime scene | R. 401 and 403. See also Defendant's MIL #2 |
| 8 | 09/22/2006 | FCRL000117-122; FCRL000136-148 | Patrol Division Canvass Worksheets and General Progress Reports | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Tends to prove inadequate investigation at the scene | R. 401 and 403. See also Defendant's MIL # 8 |
| 9 | 10/28/2008 | ISP00088-93 | Illinois State Police letter E. Connolly to S. Nathan regarding discovery request with 11/06/2006 Laboratory report, attached | Tends to prove inadequate examination and analysis of material evidence | R. 401 and 403. See also Defendant's MIL # 8 |
| 10 | 09/22/2006 | No bates range | Transcript of Radio Dispatch Call | Used to refresh recollection and/or for impeachment<br><br>Relevant to Defendant's knowledge and state of mind prior to use of deadly force | No Objection |

2

ANTIONE L. WILLIS v. JOSEPH WAGNER
Case No. 08-cv-01964

PLAINTIFF'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 11 | 09/22/2006 | FCRL000019-27 | General Progress Reports | Used to refresh recollection and/or for impeachment<br><br>Tends to prove failure to follow proper police procedures and inadequate reporting of use of deadly force | R. 401 and 403. See also Defendant's MIL # 8. |
| 12 | 02/13/2007 | FCRL000050-64 | CPD Case Supplementary Report by D. March and W. Hartmann | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Proves Defendant shot Plaintiff<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | R. 401 and 403. See also Defendant's MIL # 8 |
| 13 | 09/25/2006 | FCRL000185-189 | Office of Professional Standards - Re: Aggravated Battery to a Police Officer with a Handgun Roundtable Discussion | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Relevant to Plaintiff's injuries<br><br>Proves that Plaintiff suffered graze wound to left hip | R. 401 and 403. See also Defendant's MIL # 8. Defendant does not dispute that Plaintiff suffered a graze wound to his left hip. |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 14 | 10/2009 | No bates range | Michele Holevar, M.D. Curriculum Vitae | Medical credentials | R. 403. Defendant does not dispute that Plaintiff suffered a graze wound to his left hip. |
| 15 | 09/22/2006-09/23/2006 | No bates range | Medical Records of Antione Willis Treatment from Mount Sinai Hospital | Proves Plaintiff sustained graze wound to left hip from gunshot | R. 403. Defendant does not dispute that Plaintiff suffered a graze wound to his left hip. |
| 16 | 05/14/2013 | No bates range | Drawing of gunshot wound area by Dr. Holevar | Proves Plaintiff sustained gunshot wound to left hip | R. 403. Defendant does not dispute that Plaintiff suffered a graze wound to his left hip. |
| 17 | 12/07/2006 | FCRL000174-179 | Office of Professional Standards - Re: Aggravated Battery to a Police Officer with a Handgun Roundtable Discussion | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Admission by party opponent<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | R. 801. Statement is not an admission by a party opponent. It is a summary of a statement that Defendant provided and it is not a verbatim statement, |
| 18 | 09/22/2006 | FCRL000099-100 | Chicago Fire Department. Incident Detail Report | Proves Plaintiff suffered gunshot wound | R. 403. Defendant does not dispute that Plaintiff suffered a graze wound to his left hip. |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 19 | 04/07/2008 | No bates range | Complaint - Willis v. State of Illinois | Relevant to damages suffered by Plaintiff as a result of Defendant's improper use of deadly force | No objection |
| 20 | 04/23/2008 | No bates range | Amended Complaint - Willis v. State of Illinois | Relevant to damages suffered by Plaintiff as a result of Defendant's improper use of deadly force | No objection |
| 21 | 09/25/2009 | No bates range | More Definite Statement of Allegations – Willis v. State of Illinois | Relevant to Defendant's liability and damages suffered by Plaintiff as a result of Defendant's improper use of deadly force | No objection |
| 22 | 09/23/2006 | FCRL 000293-297 | Office of Professional Standards: Statement of Antione Willis & Errata (errata not numbered) | Relevant to Defendant's liability and damages suffered by Plaintiff as a result of Defendant's improper use of deadly force | No objection |
| 23 | Undated | No bates range | Kimberly H. Ryan Curriculum Vitae | Professional credentials | R. 401 and 403.  See Defendant's MIL #8, #20, #21 |
| 24 | 10/29/2008 | ISP 00001-13 | Letter from K. Ryan transmitting documents produced by Illinois State Police pursuant to subpoena, with responsive documents attached | Used to refresh recollection and/or for impeachment

Proves inadequate examination and analysis of material evidence | R. 401 and 403.  See Defendant's MIL #8, #20, #21 |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 25 | 10/24/2008 | ISP 00014-87 | Letter from F. Tomasek transmitting documents produced by Illinois State Police pursuant to subpoena, with responsive documents attached | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | R. 401 and 403. See Defendant's MIL #8, #20, #21, and #25 |
| 26 | Undated | No bates range | Fred Tomasek Curriculum Vitae | Professional credentials | R. 401 and 403. See Defendant's MIL #8, #20, #21, and #25 |
| 27 | 09/22/2006 | FCRL 000564-565 | Tactical Response Report by J. Triantafillo | Used to refresh recollection and/or for impeachment | No objection if used only for its stated purpose. |
| 28 | 09/23/2006 | FCRL 000012-13 | Tactical Response Report by J. Wagner | Used to refresh recollection and/or for impeachment | No objection if used only for its stated purpose. |
| 29 | 09/23/2006 | FCRL 000568-571 | Tactical Response Report and Officer's Battery Report re: J. Wagner | Used to refresh recollection and/or for impeachment | No objection if used only for its stated purpose. |
| 30 | 09/22/2006 | FCRL000001-2 | General Offense Case Report by E.J. May and S. Pickett | Used to refresh recollection and/or for impeachment<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | No objection if used only for its stated purpose. |

6

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 31 | 09/22/2006 | FCRL000005-6 | CPD Original Case Incident Report, generated by L. Ryerson | Used to refresh recollection and/or for impeachment | No objection if used only for its stated purpose. |
| 32 | 09/23/2006 | FCRL000007-11 | CPD Arrest Report Final Approval | Relevant to Plaintiff's damages | R. 401 and R. 403 |
| 33 | 09/22/2006 | FCRL000028-39 | CPD Inventory Records | Used to refresh recollection and/or for impeachment<br><br>Proves inadequate examination and analysis of material evidence | R. 401, R. 403, See Defendant's MIL#2, #8, #24, #21 |
| 34 | 09/22/2006 | FCRL000040-45 | Major Crime Scene Report, prepared by J. Shader | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | R. 401, R. 403, See Defendant's MIL#2, #8, #24, #21 |
| 35 | 11/06/2006 | FCRL000046-47 | Ill. State Police Laboratory Reports | Proves inadequate examination and analysis of material evidence | R. 401, R. 403, See Defendant's MIL#2, #8, #24, #21 |
| 36 | 10/04/2006 | FCRL000048 | Dept. of Justice Firearms Trace Summary | Proves Plaintiff did not own weapon recovered from scene | R. 401, R. 403 |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 37 | 09/27/2006 | FCRL000049 | CPD Firearms Receipt and Worksheet, prepared by D. Gainer | Tends to disprove Defendant's version of events and stated reason for use of deadly force | R. 401, R. 403 |
| 38 | 10/17/2008 | FCRL00082-98 | CPD Event Query | Used to refresh recollection and/or for impeachment<br><br>Tends to prove inadequate investigation at the scene | No objection if used for its stated purpose. |
| 39 | 09/23/2006 | FCRL000387-455 | CPD Crime Scene Photos | Used to refresh recollection and/or for impeachment<br><br>Proves crime scene disturbed in violation of Department policy | No objection. (Defendants object to Plaintiff stated purpose that "crime scene was disturbed". See Defendant's MIL # 2, #8, #24, and #21) |
| 40 | 09/22/2006 | FCRL000172 | CPD Complaint Against Department Member J. Wagner, by A. Willis | Relevant to Defendant's liability and Plaintiff's injuries | R. 401, R. 403, See Defendant's MIL # 8 |
| 41 | 11/02/2006 | FCRL000258-259 | Laboratory Report | Proves Defendant's weapon was in firing condition and able to cause Plaintiff's injuries | R. 401, R. 403. Defendant does not dispute that he shot at Plaintiff and Plaintiff suffered a graze wound. |
| 42 | 09/23/2006 | FCRL000134 | CPD - Vehicle Case Information, prepared by J. Shader | Used to refresh recollection and/or for impeachment<br><br>Relevant to Defendant's state of mind prior to use of deadly force | R. 401 and R. 403. See Defendant's MIL #23. |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 43 | 09/22/2006 | FCRL000135-160 | CPD General Progress Reports | Used to refresh recollection and/or for impeachment<br><br>Tends to prove inadequate investigation at the scene | R. 401 and R. 403. See Defendant's MIL # 8 |
| 44 | 09/22/2006 | FCRL000161 | CPD - General Progress Report - Round Table Sign In | Used to refresh recollection and/or for impeachment | R. 401 and R. 403. See Defendant's MIL #8 |
| 45 | 09/22/2006 | FCRL000163-168 | CPD General Progress Report – Command, victim P.O. Wagner | Used to refresh recollection and/or for impeachment | No objection if used for its stated purpose only. |
| 46 | | FCRL000170-245 | Command Information Worksheet/File | Tends to prove inadequate investigation at the scene | R. 401 and R. 403. See Defendant's MIL #8 |
| 47 | 09/22/2006 | FCRL000282-85 | Office of the First Deputy Superintendent re: Shots Fired By On Duty Police - With One Hit | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Relevant to Defendant's knowledge and state of mind at time of use of deadly force<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | R. 801, R. 901. See Defendant's MIL#8 |

9

### ANTIONE L. WILLIS v. JOSEPH WAGNER
### Case No. 08-cv-01964

### PLAINTIFF'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 48 | | FCRL000808-09 | Photograph of board | Depicts crime scene | R. 403. |
| 49 | 08/25/2008 | FCRL000456 | CPD Inter-Office Communication from Agent C. Fabian | Tends to prove pattern of excessive force/behavior | R. 401, R. 403, R. 404 See Defendant's MIL #2, #7, #9 |
| 50 | 07/24/2008 | FCRL000457 | CPD Inter-Office Communication from Agent D. Kirby | Tends to prove pattern of excessive force/behavior | R. 401, R. 403, R. 404 See Defendant's MIL #2, #7, #9 |
| 51 | Undated | FCRL000566-567 | CPD Officer's Battery Report by James Triantafillo | Used to refresh recollection and/or for impeachment<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | R. 401, R. 403 |
| 52 | 09/23/2006 | FCRL000568-569 | CPD Final Tactical Response Reports by J. Wagner | Used to refresh recollection and/or for impeachment<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | R. 403 |
| 53 | 04/08/2013 | FCRL000791-795 | CPD Employee Training Record for J. Wagner | Used to refresh recollection and/or for impeachment | R. 403 |

## ANTIONE L. WILLIS v. JOSEPH WAGNER
### Case No. 08-cv-01964

### PLAINTIFF'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 54 | 04/26/2013 | FCRL000796-797 | CPD - Bureau of Organized Development Response for Information to Office of Legal Affairs | Used to refresh recollection and/or for impeachment<br><br>Proves Defendant's knowledge of proper circumstances for use of deadly force | R. 401, R. 403. The jury will be instructed on the law. |
| 55 | Undated | FCRL000798 | Training DVD produced by CPD - Bureau of Organized Development Response for Information to Office of Legal Affairs | Proves Defendant's knowledge of proper circumstances for use of deadly force | R. 401, R. 403. The jury will be instructed on the law. |
| 56 | 09/23/2006 | ALW0001-22 | Mt. Sinai Hospital Medical Records of Antione Willis | Relevant to Plaintiff's injuries<br><br>Tends to disprove Defendant's stated reason for use of deadly force | R. 403. Defendant does not dispute that he shot plaintiff and that Plaintiff suffered a graze wound. |
| 57 | 01/07/2014 | ALW0023 (1-167) | Group Exhibit; Exhibits to Roger A. Clark Supplemental Expert Report - Crime Scene Photos / Photos of Physical Evidence Taken by Roger Clark at ERPS, and any and all physical evidence from the crime scene | Relevant to Defendant's state of mind prior to using deadly force<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | See Defendant's Motion to Bar the Expert Opinions of Roger A. Clark and Reply, Docket Entries 121 and 126. |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 58 | 10/02/2006 | ISP00134 | Illinois State Police Manifest of Inventories Received from CPD | Proves Crime Lab's receipt of evidence from crime scene (including Plaintiff's clothing)<br><br>Tends to prove inadequate examination and analysis of material evidence | R. 401 and 403. See also Defendant's MIL # 8 |
| 59 | 09/23/2006 | FCRL 000107 | Office of Professional Standards Memo from K. Reynolds to Chief Administrator | Used to refresh recollection and/or for impeachment | No objection if used only for its stated purpose. |
| 60 | 09/23/2006 | FCRL 000201 | Report of E. May and S. Pickett | Relevant to Defendant's state of mind prior to use of deadly force<br><br>Rule 801(d) statements that are not hearsay<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | R. 403 |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 61 | 02/13/2007 | FCRL 000273-287 | CPD Case Supplementary Report by D. March and W. Hartmann | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | R. 403. See Defendant's MIL # 8 |
| 62 | | ISP00001-13 | Lab Report of K. Hood Ryan | Used to refresh recollection and/or for impeachment | R. 403. See Defendant's MIL #8 |
| 63 | | ISP00014-87 | Lab Report of F. Tomasek | Used to refresh recollection and/or for impeachment<br><br>Proves weapon recovered from scene inoperable as received | R. 401, R. 403. See Defendant's MIL#25 |
| 64 | | ISP00088-125 | Lab Report of E. Chapman Connolly | Used to refresh recollection and/or for impeachment | R. 401, R. 403 |
| 65 | 09/22/2009 | No bates range | CD of 911 Calls, Zone 10 Radio | Used to refresh recollection and/or for impeachment<br><br>Tends to disprove Defendant's stated reason for use of deadly force | No objection |
| 66 | 09/23/2006 | FCRL000264 | DVD of Crime Scene, Alley View | Depicts crime scene | No objection |

13

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 67 | 09/23/2006 | FCRL000265 | DVD of Crime Scene, Street View | Depicts crime scene | No objection |
| 68 | 01/08/2014 | No bates range | Deposition Transcript of Roger A. Clark | Tends to prove Defendant's failure to follow proper police procedures<br><br>Tends to prove Defendant's use of deadly force unjustified | See Defendant's Motion to Bar the Expert Opinions of Roger A. Clark and Reply, Docket Entries 121 and 126. |
| 69 | 01/14/2014 | No bates range | Deposition Transcript of Roger A. Clark | Tends to prove Defendant's failure to follow proper police procedures<br><br>Tends to prove Defendant's use of deadly force unjustified | See Defendant's Motion to Bar the Expert Opinions of Roger A. Clark and Reply, Docket Entries 121 and 126. |
| 70 | 04/26/2013 | No bates range | Deposition Transcript of Steven Coleman | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | No objection if used to refresh recollection and/or for impeachment. |
| 71 | 05/15/2013 | No bates range | Deposition Transcript of Brendan Dominick | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay | No objection if used to refresh recollection and/or for impeachment. |

## ANTIONE L. WILLIS v. JOSEPH WAGNER
## Case No. 08-cv-01964

## PLAINTIFF'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 72 | 05/09/2013 | No bates range | Deposition Transcript of David Granado | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | No objection if used to refresh recollection and/or for impeachment. |
| 73 | 05/14/2013 | No bates range | Deposition Transcript of Dr. Michele Holevar | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay | No objection if used to refresh recollection and/or for impeachment. |
| 74 | 05/17/2013 | No bates range | Deposition Transcript of David March | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force<br><br>Tends to prove inadequate investigation | No objection if used to refresh recollection and/or for impeachment. |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 75 | 06/13/2013 | No bates range | Deposition Transcript of Chris Matias | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force<br><br>Tends to prove inadequate investigation | No objection if used to refresh recollection and/or for impeachment. |
| 76 | 05/07/2013 | No bates range | Deposition Transcript of Dr. Fernando Orellana | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Tends to prove Plaintiff suffered graze wound to left hip | No objection if used to refresh recollection and/or for impeachment. |
| 77 | 05/31/2013 | No bates range | Deposition Transcript of Kimberly H. Ryan | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay | No objection if used to refresh recollection and/or for impeachment. |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 78 | 05/30/2013 | No bates range | Deposition Transcript of Fred Tomasek | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Proves weapon recovered from scene inoperable as received | No objection if used to refresh recollection and/or for impeachment. |
| 79 | 05/21/2013 | No bates range | Deposition Transcript of James Triantafillo | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force<br><br>Tends to prove crime scene disturbed in violation of Department policy | No objection if used to refresh recollection and/or for impeachment. |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 80 | 04/01/2013 | No bates range | Deposition Transcript of Joseph Wagner | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Admission by party opponent<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | No objection if used to refresh recollection and/or for impeachment. |
| 81 | 05/29/2013 | No bates range | Deposition Transcript of Joseph Wagner | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay<br><br>Admission by party opponent<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | No objection if used to refresh recollection and/or for impeachment. |
| 82 | 07/09/2009 | No bates range | Deposition Transcript of Antione Willis | Tends to disprove Defendant's version of events<br><br>Relevant to Plaintiff's injuries | No objection if used to refresh recollection and/or for impeachment. |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 83 | 05/16/2013 | No bates range | Deposition Transcript of Richard Wood | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay | No objection if used to refresh recollection and/or for impeachment. |
| 84 | 02/25/2008 | No bates range | People v. Willis Transcript of Report of Proceedings | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay | No objection if used to refresh recollection and/or for impeachment. |
| 85 | 03/31/2008 | No bates range | People v. Willis Transcript of Report of Proceedings | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay | No objection if used to refresh recollection and/or for impeachment. |
| 86 | 07/17/2008 | No bates range | People v. Willis Transcript of Report of Proceedings | Used to refresh recollection and/or for impeachment<br><br>Rule 801(d) statements that are not hearsay | No objection if used to refresh recollection and/or for impeachment. |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 87 | | No bates range | Inventory of Physical Evidence at the CPD Evidence and Recovery Property Section examined and identified by Roger A. Clark in his Supplemental Expert Report | Tends to disprove Defendant's version of events and stated reason for use of deadly force<br><br>Tends to prove inadequate examination and analysis of material evidence | See Defendant's Motion to Bar the Expert Opinions of Roger A. Clark and Reply, Docket Entries 121 and 126. |
| 88 | | | Any and all documents referenced by and/or relied on by Roger A. Clark in his Expert Report and Supplemental Expert Report | Tends to prove Defendant's failure to follow proper police procedures<br><br>Tends to prove Defendant's use of deadly force unjustified | See Defendant's Motion to Bar the Expert Opinions of Roger A. Clark and Reply, Docket Entries 121 and 126. |
| 89 | | | Any and all pleadings, motions, disclosures, notices, orders, discovery requests or discovery responses filed in this matter | Used to refresh recollection and/or for impeachment<br><br>Relevant to liability and damages | Defendant objects because the specific documents are not identified. |
| 90 | | | Any and all pleadings, motions, disclosures, notices, orders, discovery requests or discovery responses filed in the Appeal- People v. Willis | Used to refresh recollection and/or for impeachment<br><br>Relevant to liability and damages | R. 401 |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 91 | | | Any and all documents listed on Defendants' Exhibit List | Impeachment | No objection |
| 92 | | | Any and all documents which may be needed for purposes of rebuttal or impeachment | Used to refresh recollection and/or for impeachment | Defendant objects because no documents are identified. |

ANTIONE L. WILLIS v. JOSEPH WAGNER
Case No. 08-cv-01964

PLAINTIFF'S TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 200 | | | Zoning map of the 800 block of North Keystone Avenue, Chicago, Illinois | Depicts crime scene | |
| 201 | | | A legend identifying various locations marked on the aforementioned zoning map. | Depicts crime scene | |
| 202 | | | Satellite photographs of various locations on the 800 block of North Keystone Avenue, Chicago, Illinois obtained via the Internet in 2013 | Depicts crime scene | |
| 203 | | | Certain photographs taken at the scene of the shooting on September 22, 2006 | Depicts crime scene<br><br>Tends to disprove Defendant's version of events | |
| 204 | | | A manikin and rods that will be used to show the bullet trajectory. | Tends to disprove Defendant's version of events | |
| 205 | | | Any and all demonstrative aids prepared for use at the trial of this matter | Relevant to liability and damages | |

22

<u>**ANTIONE L. WILLIS v. JOSEPH WAGNER**</u>
<u>**Case No. 08-cv-01964**</u>

<u>**PLAINTIFF'S TRIAL EXHIBIT LIST**</u>

**(Offered for Impeachment/refreshing, Plaintiff may try to move into evidence later) — Defendants have no objection to the use of these exhibits for their stated purpose. To the extent that Plaintiffs attempt to move the exhibits into evidence at trial, Defendants' objections are stated below.**

US.54398893.03

23