**DEFENDANT JOSEPH WAGNER'S EXHIBIT TRIAL LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 1 group | 09/22/06 | FCRL387-455 | Photographs | Depict crime scene and recovered evidence | No objection |
| 2 | | No bates range | Certified Copy of Conviction, *People v. Willis*, 06CR2313801 | To show Plaintiff's conviction for the underlying offense pursuant to FRE 609 and FRE 404(b) | See Plaintiff's Motion in Limine No. 10 to Bar Reference To or Evidence of Plaintiff's Criminal Record |
| 3 | | No Bates Range | Certified Copy of Conviction, *People v. Willis*, 02CR2906501 | To show Plaintiff's motivation to run from the police and avoid arrest as well as for credibility pursuant to FRE 609 and FRE 404(b) | See Plaintiff's Motion in Limine No. 10 to Bar Reference To or Evidence of Plaintiff's Criminal Record |
| 4 | | No Bates Range | Certified Copy of Conviction, *People v. Willis*, 98CR1627001 | To show Plaintiff's motivation to run from the police and avoid arrest as well as for credibility pursuant to FRE 609 and FRE 404(b) | See Plaintiff's Motion in Limine No. 10 to Bar Reference To or Evidence of Plaintiff's Criminal Record |
| 5 | | No bates range | Demonstrative exhibit of map of the area | To show the jury where the incident occurred. | No objection subject to confirmation of authenticity and accuracy |
| 6 | | FCRL265 | OEMC Audio of police dispatch | To show jury what officers responded to and their actions immediately after the shooting. | No objection |