

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

CHAMBERS OF
EDMOND E. CHANG
JUDGE

312.435.5795

Dear Prospective Juror:

Welcome to the United States District Court for the Northern District of Illinois. Our system of justice depends on fair and impartial juries, and I thank you for your willingness to serve.

I will soon be asking you questions as to your qualifications to serve as a juror on this case. All of these questions are intended to focus on your ability to be totally objective and completely free from prejudice about the issues, the witnesses, the parties, and their attorneys. Thus, even if the individual questions may not specifically cover some matter that in your judgment could (or would) adversely affect your ability to serve as a juror in this case, it will be extremely important that you advise me of that before the questioning process ends. Remember that honesty and candor are crucial to selecting a fair and impartial jury.

During the questioning period, I will first ask each of you to stand one at a time and to tell me, and the parties' lawyers, the following information:

1. Your name.

2. The name of the city, village, or town in which you live. (If you live in the City of Chicago, please tell us what part of the City.) Also, if you haven't lived at your current home for more than 5 years, please tell us where else you have lived in the past 5 years. And do you rent or own?

3. How far did you go in school and what degrees do you have?

4. Your employment information for the past 10 years:

    a. name and nature of the business or employer, and where located;

    b. brief general description of your job duties.

5. Family information and their employment information:

    a. If married, your spouse's employment information for the past 10 years.

      b.      If you have children, their ages and employment information (if any) for the past 10 years; and if any of them are married, the same employment information for your child-in-law.

      c.      If any other adult lives in your household (*e.g.*, any parent, brother, sister, boyfriend or girlfriend or anyone else), the same employment information about that person.

6.      Your major hobbies or interests, including what materials you like to read. Where (if anywhere) do you get your news? What televison programs, if any, do you regularly watch?

After you and your fellow prospective jurors have answered these questions, I will ask some follow-up questions.

Cordially,

*Edmond E. Chang*

_____

Honorable Edmond E. Chang
United States District Judge