## **PLAINTIFF ANTIONE L. WILLIS PROPOSED VOIR DIRE QUESTIONS**

1. Do you have any personal knowledge of the events of this lawsuit?

2. Do you have any personal knowledge of the area in which the events of this lawsuit took place (839 North Keystone Avenue)?

3. Do you have any experience or knowledge about the use of force that may or may not be used in police shootings?

4. Do you have any concerns about awarding money damages in a civil lawsuit alleging civil rights violations?

5. Do you know anyone who has been shot before and if so in what circumstances?

6. Do you believe that the police officer deserves any presumption that he acted in conformity with the law?

7. Do you believe that a police officer is more likely to tell the truth on the stand because he is a police officer?

8. If you find that the Defendant officer violated Mr. Willis' civil rights under the legal instructions given to you by the Court, is there any reason you cannot or would not award money damages to compensate Mr. Willis for his harms and losses?

9. Do you know any of the lawyers for either side?

10. Do you know any of the police officers in this case or witnesses who may testify?

11. Do you or anyone you know work for any law enforcement agencies?

12. Do you have any experience or training in firearms or their use?

13. Do you have any experience or training in self-defense?

14. Do you work for any part of the criminal justice system?

15. Do you assume that when there is a police shooting that it is automatically justified? If so, please explain why.

16. Does the fact that Mr. Willis was convicted of possessing a firearm influence your decision no matter what other facts may exist?

17. Do you believe that a police officer is entitled to shoot a person whom that officer sees carrying a gun?

18. Have you, or anyone you know (relatives, friends), ever made any claim for damages for personal injuries, accidents, or civil rights violations?

19. Have you, or anyone you know, ever had a legal claim made against you and if so what?

20. Do you have any hesitations against awarding money damages against a police officer, and if so why?

21. Do you have any type of ethical, moral, religious or other belief in favor of or against our civil justice system and the award of monetary damages if the law and facts justify such an award?

22. Do you have any beliefs on what would entitle a police officer to shoot a person?

23. Do you have any thoughts about the truthfulness of certain types of witnesses--(for example, older people versus younger people, police officers, race, ethnicity, or otherwise)?

US.54293627.01