**DEFENDANT JOSEPH WAGNER'S PROPOSED VOIR DIRE**

1.     Do you have a negative opinion about the Chicago Police Department, Chicago police officers or any law enforcement agency or officers?

2.     Are you aware of any negative opinions by a close friend or family member about Chicago Police Department, Chicago police officers or any law enforcement agency or officers?

3.     Have you, a member of your family or a close friend ever had an unpleasant experience with a police officer or other law enforcement officer?

4.     Do you have a negative opinion about the City of Chicago or any municipality?

5.     Are you aware of any negative opinions by a close friend or family member about the City of Chicago or any municipality?

6.     Have you, a member of your family or a close friend ever had an unpleasant experience with any department within the City of Chicago?

7.     Have you or a family member or a close friend ever sued, filed a complaint or claim against any police officer, law enforcement agency or municipality?

8.     Have you, a family member or a close friend ever been arrested?

9.     Have you or a member of your family or a close friend ever owned a gun?

10.     Have you, a family member or close friend ever suffer a gunshot wound?

11.     Do you know of anyone who is a police officer?  Who?  Have you, a member of your family or a close friend ever been the victim of a crime?  Where did it happen?  What was the result?

12.     Can you follow the law that the court will give you even if you personally disagree with it?

13.     Is there anyone that is unable to completely set aside their sympathy when deciding this case?

14.     Is there anyone that has a problem with the concept that the plaintiff is the only one with the burden of proof in this case?

15.     Is there anyone that will be unable to hold the plaintiff to prove his burden of proof?

16.     Are any members of your family or close friends attorneys?  If yes, what type of law do they practice?

17.     Are you a member of a civic group or organization?

18.     Have you ever served on a jury before?  If yes, was it civil or criminal?  Were you a foreperson?

19.     Have you, family member or close friend ever been involved in a lawsuit or a court-related proceeding, whether as a party or witness?

20.     Do you believe that just because someone filed a lawsuit that they are entitled to money?

US.54399354.01