**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ANTIONE L. WILLIS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 01964 |
| | ) | |
| v. | ) | Honorable Edmond E. Chang |
| | ) | |
| **JOSEPH WAGNER, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED VERDICT FORM**

## **PART I**

**Plaintiff's Federal Excessive Force Claim**

On Plaintiff's claim of excessive force against Defendant, we, the jury, unanimously find as follows:

For Plaintiff: _____   For Defendant: _____

If you found in favor of Plaintiff and against Defendant on Plaintiff's federal excessive force claim, complete Part II and Part III. If you found against the Plaintiff and in favor of Defendant, place a zero in parts II and III of this verdict form and sign the verdict form.

## **PART II**

Plaintiff is awarded compensatory damages in the following amount(s): $_____

## **PART III**

We award Plaintiff punitive damages as follows:


$_____

Please sign and date below and return the entire Verdict Form to the marshal (each juror must sign the form).

Date: _____

Foreperson: _____           _____

_____           _____

_____           _____

_____           _____

_____           _____


**INSTRUCTION NO.** ___

GIVEN: _____

REFUSED: _____

WITHDRAWN: _____

OBJECTION: _____

US.54231106.01