IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTIONE L. WILLIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 01964 |
| | ) | |
| v. | ) | Honorable Edmond E. Chang |
| | ) | |
| JOSEPH WAGNER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **VERDICT FORM**

We, the jury, with respect to the claim of Plaintiff Antoine Willis against the Defendant Officer Joseph Wagner, find as follows:

## PART I

We, the jury, find as to Plaintiff's Excessive Force Claim as follows:

FOR PLAINTIFF     FOR DEFENDANT

_____     _____

If you found for Plaintiff, continue to Part II.  If you found for Defendant, go directly to Part IV.

## PART II

### **Damages**

Plaintiff is awarded $_____ in compensatory damages for his claim of excessive force.

If you found for Plaintiff on his Excessive Force Claim and awarded compensatory damages, then continue to Part III.

**PART III**

Do you find an award of punitive damages against Defendant Officer Wagner is appropriate in this case?

                                    **YES**                      **NO**

                                      _____      _____

If you marked "no," continue to Part IV. If you marked "yes," please indicate the amount of punitive damages that are awarded

Plaintiff is awarded $_____ in punitive damages against Defendant Wagner

## PART IV

Please sign and date below and return the entire Verdict Form to the marshal. (Each juror must sign the form).

Date: _____

_____        _____

Foreperson                                                          Juror

_____        _____

Juror                                                                    Juror

_____        _____

Juror                                                                    Juror

_____        _____

Juror                                                                    Juror

_____        _____

Juror                                                                    Juror