# Exhibit A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 06CR2313801

ANTIONE      WILLIS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | |
|---|---|---|
| 720-5/24-1.7(A) | F | ARMED HABITUAL CRIMINAL |
| 720-5/24-1.6(A)(2) | F | AGG UUW/ON PERSON/2ND |
| 720-5/24-1.6(A)(2) | F | AGG UUW/ON PERSON/2ND |
| 720-5/24-1.6(A)(2) | F | AGG UUW/PERSON/PREV CONVI |
| 720-5/24-1.6(A)(2) | F | AGG UUW/PERSON/PREV CONVI |
| 720-5/24-1.6(A)(2) | F | AGG UUW/PERSON/PREV CONVI |
| 720-5/24-1.6(A)(2) | F | AGG UUW/ON PERSON/2ND |
| 720-5/24-1.6(A)(2) | F | AGG UUW/ON PERSON/2ND |
| 720-5/24-1.6(A)(2) | F | AGG UUW/PERSON/PREV CONVI |
| 720-5/24-1.6(A)(2) | F | AGG UUW/PERSON/PREV CONVI |
| 720-5/24-1.6(A)(1) | F | AGG UNLWFL USE WEAPON/VEH |
| 720-5/24-1.6(A)(1) | F | AGG UNLWFL USE WEAPON/VEH |
| 720-5/24-1.6(A)(1) | F | AGG UUW/VEH/PREV CONVICTI |
| 720-5/24-1.6(A)(1) | F | AGG UUW/VEH/PREV CONVICTI |
| 720-5/24-1.6(A)(1) | F | AGG UUW/VEH/PREV CONVICTI |
| 720-5/24-1.6(A)(1) | F | AGG UUW/VEH/PREV CONVICTI |
| 720-5/24-1.6(A)(1) | F | AGG UNLWFL USE WEAPON/VEH |
| 720-5/24-1.6(A)(1) | F | AGG UUW/VEH/PREV CONVICTI |
| 720-5/24-1.6(A)(1) | F | AGG UUW/VEH/PREV CONVICTI |
| 720-5/24-1.1(A) | F | FELON POSS/USE FIREARM PR |
| 720-5/24-1.1(A) | F | FELON POSS/USE FIREARM PR |
| 720-5/24-1.1(A) | F | FELON POSS/USE FIREARM PR |
| 720-5/24-1.1(A) | F | FELON POSS/USE FIREARM PR |
| 720-5/24-1.1(A) | F | FELON POSS/USE FIREARM PR |
| 720-5/12-2(A)(6) | F | AGG ASSAULT/OFFICER/FIREA |
| 720-5/12-2(A)(6) | F | AGG ASSAULT/OFFICER/FIREA |

The following disposition(s) was/were rendered before the Honorable Judge(s):

10/19/06 IND/INFO-CLK OFFICE-PRES JUDGE          11/02/06 1701
     06CR2313801 ID# CR100960275 AND ID# CR100960274

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS                  NUMBER 06CR2313801

ANTIONE        WILLIS

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
11/02/06 CASE ASSIGNED                        11/02/06 1732
       BIEBEL, PAUL JR.
11/02/06 DEFENDANT IN CUSTODY                 00/00/00
       BIEBEL, PAUL JR.
11/02/06 DEFENDANT IN CUSTODY                 00/00/00
       SALONE MARCUS R.
11/02/06 PRISONER DATA SHEET TO ISSUE         00/00/00
       SALONE MARCUS R.
11/02/06 CONTINUANCE BY AGREEMENT             11/20/06
       SALONE MARCUS R.
11/20/06 PRISONER DATA SHEET TO ISSUE         00/00/00
       SALONE MARCUS R.
11/20/06 CONTINUANCE BY AGREEMENT             01/03/07
       SALONE MARCUS R.
1/03/07 PRISONER DATA SHEET TO ISSUE          00/00/00
       SALONE MARCUS R.
01/03/07 CONTINUANCE BY AGREEMENT             02/14/07
       SALONE MARCUS R.
02/14/07 DEFENDANT IN CUSTODY                 00/00/00
       FORD, NICHOLAS R.
02/14/07 PRISONER DATA SHEET TO ISSUE         00/00/00
       FORD, NICHOLAS R.
02/14/07 CONTINUANCE BY AGREEMENT             03/28/07
       FORD, NICHOLAS R.
03/28/07 PRISONER DATA SHEET TO ISSUE         00/00/00
       SALONE MARCUS R.
03/28/07 CONTINUANCE BY AGREEMENT             05/07/07
       SALONE MARCUS R.
05/07/07 DEFENDANT IN CUSTODY                 00/00/00
       SALONE MARCUS R.
05/07/07 PRISONER DATA SHEET TO ISSUE         00/00/00
       SALONE MARCUS R.
05/07/07 CONTINUANCE BY AGREEMENT             06/11/07
       SALONE MARCUS R.
06/11/07 DEFENDANT IN CUSTODY                 00/00/00
       SALONE MARCUS R.
06/11/07 PRISONER DATA SHEET TO ISSUE         00/00/00
       SALONE MARCUS R.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 003

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 06CR2313801

ANTIONE        WILLIS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/11/07 SPECIAL ORDER                              00/00/00
     ORDER ENTERED
     SALONE MARCUS R.
06/11/07 CONTINUANCE BY AGREEMENT                   07/16/07
     SALONE MARCUS R.
07/16/07 DEFENDANT IN CUSTODY                       00/00/00
     SALONE MARCUS R.
07/16/07 PRISONER DATA SHEET TO ISSUE               00/00/00
     SALONE MARCUS R.
07/16/07 SPECIAL ORDER                              00/00/00
     ATTORNEY LAKSHMI JHA IS PRESENT (P.D.)
     SALONE MARCUS R.
07/16/07 CONTINUANCE BY AGREEMENT                   08/14/07
     FOR STATUS
     SALONE MARCUS R.
08/14/07 DEFENDANT IN CUSTODY                       00/00/00
     SALONE MARCUS R.
08/14/07 PRISONER DATA SHEET TO ISSUE               00/00/00
     SALONE MARCUS R.
08/14/07 CONTINUANCE BY AGREEMENT                   09/24/07
     SALONE MARCUS R.
09/24/07 DEFENDANT IN CUSTODY                       00/00/00
     SALONE MARCUS R.
09/24/07 PRISONER DATA SHEET TO ISSUE               00/00/00
     SALONE MARCUS R.
09/24/07 CONTINUANCE BY AGREEMENT                   10/12/07
     FOR STATUS
     SALONE MARCUS R.
10/12/07 DEFENDANT IN CUSTODY                       00/00/00
     SALONE MARCUS R.
10/12/07 PRISONER DATA SHEET TO ISSUE               00/00/00
     SALONE MARCUS R.
10/12/07 SPECIAL ORDER                              00/00/00
     DRAFT ORDER ENTERED (CERMAK HOSPITAL)
     SALONE MARCUS R.
10/12/07 SPECIAL ORDER                              00/00/00
     DRAFT ORDER ENTERED (INVENTORY)
     SALONE MARCUS R.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 004

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 06CR2313801

ANTIONE      WILLIS

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
10/12/07 CONTINUANCE BY AGREEMENT                    10/22/07
        FOR STATUS
        SALONE MARCUS R.
10/22/07 DEFENDANT IN CUSTODY                        00/00/00
        SALONE MARCUS R.
10/22/07 PRISONER DATA SHEET TO ISSUE                00/00/00
        SALONE MARCUS R.
10/22/07 WITNESSES ORDERED TO APPEAR                 00/00/00
        SALONE MARCUS R.
10/22/07 CONTINUANCE BY AGREEMENT                    12/12/07
        FOR MOTION/TRIAL
        SALONE MARCUS R.
12/12/07 DEFENDANT IN CUSTODY                        00/00/00
        SALONE MARCUS R.
2/12/07 PRISONER DATA SHEET TO ISSUE                 00/00/00
        SALONE MARCUS R.
12/12/07 WITNESSES ORDERED TO APPEAR                 00/00/00
        SALONE MARCUS R.
12/12/07 CONTINUANCE BY AGREEMENT                    02/04/08
        FOR MOTION/TRIAL
        SALONE MARCUS R.
02/04/08 DEFENDANT IN CUSTODY                        00/00/00
        SALONE MARCUS R.
02/04/08 PRISONER DATA SHEET TO ISSUE                00/00/00
        SALONE MARCUS R.
02/04/08 DISCOVERY ANSWER FILED                      00/00/00 F        2
        SALONE MARCUS R.
02/04/08 WITNESSES ORDERED TO APPEAR                 00/00/00
        SALONE MARCUS R.
02/04/08 CONTINUANCE BY AGREEMENT                    02/25/08
        FOR BENCH TRIAL
        SALONE MARCUS R.
02/08/08 DEFENDANT IN CUSTODY                        00/00/00
        SALONE MARCUS R.
02/08/08 PRISONER DATA SHEET TO ISSUE                00/00/00
        SALONE MARCUS R.
02/08/08 CONTINUANCE BY ORDER OF COURT               02/25/08
        SALONE MARCUS R.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 005

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 06CR2313801

ANTIONE        WILLIS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/25/08 DEFENDANT IN CUSTODY                        00/00/00
         SALONE MARCUS R.
02/25/08 PRISONER DATA SHEET TO ISSUE               00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C005 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C006 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C007 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C008 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C009 00/00/00
         SALONE MARCUS R.
 2/25/08 NOLLE PROSEQUI                     C010 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C011 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C012 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C013 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C014 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C015 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C016 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C017 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C018 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C019 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C020 00/00/00
         SALONE MARCUS R.
02/25/08 NOLLE PROSEQUI                     C021 00/00/00
         SALONE MARCUS R.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 006

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 06CR2313801

ANTIONE        WILLIS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
02/25/08 TRIAL COMENCED AND CONTINUED          03/31/08
        SALONE MARCUS R.
03/31/08 DEFENDANT IN CUSTODY                  00/00/00
        SALONE MARCUS R.
03/31/08 PLEA OF NOT GUILTY                    00/00/00
        SALONE MARCUS R.
03/31/08 JURY WAIVED                           00/00/00
        SALONE MARCUS R.
03/31/08 FINDING OF GUILTY            C001 00/00/00
        SALONE MARCUS R.
03/31/08 FINDING OF GUILTY            C002 00/00/00
        SALONE MARCUS R.
03/31/08 FINDING OF GUILTY            C003 00/00/00
        SALONE MARCUS R.
 3/31/08 FINDING OF GUILTY            C004 00/00/00
        SALONE MARCUS R.
03/31/08 FINDING OF GUILTY            C022 00/00/00
        SALONE MARCUS R.
03/31/08 FINDING OF GUILTY            C023 00/00/00
        SALONE MARCUS R.
03/31/08 FINDING OF GUILTY            C024 00/00/00
        SALONE MARCUS R.
03/31/08 FINDING OF GUILTY            C025 00/00/00
        SALONE MARCUS R.
03/31/08 FINDING OF GUILTY            C027 00/00/00
        SALONE MARCUS R.
03/31/08 FINDING OF NOT GUILTY        C026 00/00/00
        SALONE MARCUS R.
03/31/08 FINDING OF NOT GUILTY        C028 00/00/00
        SALONE MARCUS R.
03/31/08 PRE-SENT INVEST. ORD, CONTD TO        00/00/00
        SALONE MARCUS R.
03/31/08 BAIL REVOKED                          00/00/00
        SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI               C005 00/00/00
        SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI               C006 00/00/00
        SALONE MARCUS R.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 007

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 06CR2313801

ANTIONE        WILLIS

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/31/08 NOLLE PROSEQUI                    C007 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C008 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C009 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C010 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C011 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C012 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C013 00/00/00
          SALONE MARCUS R.
3/31/08 NOLLE PROSEQUI                     C014 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C015 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C016 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C017 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C018 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C019 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C020 00/00/00
          SALONE MARCUS R.
03/31/08 NOLLE PROSEQUI                    C021 00/00/00
          SALONE MARCUS R.
03/31/08 CONTINUANCE BY AGREEMENT                04/30/08
          SALONE MARCUS R.
04/30/08 DEFENDANT IN CUSTODY                    00/00/00
          HILL ARTHUR F JR
04/30/08 PRISONER DATA SHEET TO ISSUE            00/00/00
          HILL ARTHUR F JR
04/30/08 MOTION DEFENDANT - NEW TRIAL            00/00/00 F        2
          HILL ARTHUR F JR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 008

PEOPLE OF THE STATE OF ILLINOIS

VS                        NUMBER 06CR2313801

ANTIONE     WILLIS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/30/08 SPECIAL ORDER                         00/00/00
         P S I FILED
         HILL ARTHUR F JR
04/30/08 CONTINUANCE BY AGREEMENT              06/13/08
         HILL ARTHUR F JR
06/13/08 DEFENDANT IN CUSTODY                  00/00/00
         SALONE MARCUS R.
06/13/08 PRISONER DATA SHEET TO ISSUE          00/00/00
         SALONE MARCUS R.
06/13/08 CONTINUANCE BY AGREEMENT              07/17/08
         FOR STATUS
         SALONE MARCUS R.
07/17/08 DEFENDANT IN CUSTODY                  00/00/00
         SALONE MARCUS R.
7/17/08  SPECIAL ORDER                         00/00/00
         PSI RECEIVED, FILED, AND TENDERED;
         SALONE MARCUS R.
07/17/08 MOTION DEFENDANT - NEW TRIAL          00/00/00 D      2
         (AMENDED (
         SALONE MARCUS R.
07/17/08 DEF SENTENCED ILLINOIS DOC       C001 00/00/00
         COUNT'S #2,3,4, & 5 MERGE WITH COUNT #1;
               6 YRS
         SALONE MARCUS R.
07/17/08 LESSER INCLUDED OFFENSE MERGED   C002
         SALONE MARCUS R.
07/17/08 LESSER INCLUDED OFFENSE MERGED   C003
         SALONE MARCUS R.
07/17/08 LESSER INCLUDED OFFENSE MERGED   C004
         SALONE MARCUS R.
07/17/08 LESSER INCLUDED OFFENSE MERGED   C005
         SALONE MARCUS R.
07/17/08 CREDIT DEFENDANT FOR TIME SERV        00/00/00
               668 DYS
         SALONE MARCUS R.
07/17/08 DEF ADVISED OF RIGHT TO APPEAL        00/00/00
         SALONE MARCUS R.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 009

PEOPLE OF THE STATE OF ILLINOIS

                    VS                  NUMBER 06CR2313801

ANTIONE      WILLIS

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
07/17/08 BAIL REVOKED                            00/00/00
        SALONE MARCUS R.
07/17/08 LET MITTIMUS ISSUE/MITT TO ISS          00/00/00
        SALONE MARCUS R.
07/17/08 CHANGE PRIORITY STATUS           M      00/00/00
        SALONE MARCUS R.
08/12/08 DEFENDANT NOT IN COURT                  00/00/00
        SALONE MARCUS R.
08/12/08 PREVIOUS ORDER TO STAND                 07/17/08
        SALONE MARCUS R.
08/12/08 NOTICE OF APPEAL FILED, TRNSFR          00/00/00
        SALONE MARCUS R.
08/12/08 NOTICE OF APPEAL FILED, TRNSFR          07/17/08
08/13/08 HEARING DATE ASSIGNED                   08/22/08 1713
 8/22/08 ILL STATE APPELLATE DEF APPTD           00/00/00
        BIEBEL, PAUL JR.
08/22/08 O/C FREE REPT OF PROCD ORD N/C          00/00/00
        BIEBEL, PAUL JR.
08/27/08 COMMON LAW RECORD PREPARED                       08-2349
        ONE (1) VOLUME
08/27/08 APPELLATE COURT NUMBER ASGND            00/00/00 08-2349
08/28/08 CLR RECD BY APP COUNSEL                 00/00/00 08-2349
        STATE APPELLATE DEFENDER - ONE VOLUME
08/19/08 EVIDENCE ORDERED IMPOUNDED REC          00/00/00
09/19/08 REPT OF PRCDS ORD FR CRT RPT            00/00/00

                    I hereby certify that the foregoing has
                    been entered of record on the above
                    captioned case.
                    Date 1/23/08

                              DOROTHY BROWN
                    CLERK OF THE CIRCUIT COURT OF COOK COUNTY

# Exhibit B

```
G.J. No.   185
GENERAL NO. 06 CR- 23138
```

----------------------------
```
CIRCUIT COURT OF COOK COUNTY
     COUNTY DEPARTMENT
     CRIMINAL DIVISION
        October, 2006
```
----------------------------

```
The People of the State of
         Illinois
            v.
      Antione Willis
```

*******************
* INDICTMENT FOR *
*******************

ARMED HABITUAL CRIMINAL
----------------------------

A TRUE BILL

*Wally A. Benevenga*

------------------------------
Foreman of the Grand Jury

==============================
          WITNESSES
DET.D MARCH
------------------------------
------------------------------
------------------------------
------------------------------
------------------------------
------------------------------
------------------------------
------------------------------

==============================
Filed _____ , 20 ___
_____ , Clerk
Bail $ _____
==============================

ORIGINAL
FILE COPY
DO NOT REMOVE

2006 OCT 19  PM 3:21
CLERK OF CIRCUIT COURT
CRIMINAL DIVISION          CLERK

000009 6.0276
2006

Nolle Cts 5-21

*******************************************************************

STATE OF ILLINOIS   )
                        )   SS.

COUNTY OF COOK     )

                      The OCTOBER, 2006 Grand Jury of the
                      Circuit Court of Cook County.

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of
the People of the State of Illinois, upon their oaths present that on
or about SEPTEMBER 22, 2006 at and within the County of Cook

                        ANTIONE WILLIS

committed the offense of     ARMED HABITUAL CRIMINAL

in that HE, KNOWINGLY OR INTENTIONALLY POSSESSED A FIREARM AFTER

HAVING BEEN CONVICTED OF UNLAWFUL USE OF A WEAPON BY A FELON UNDER

CASE NUMBER 02CR-29065 AND MANUFACTURE\ DELIVERY OF A CONTROLLED

SUBSTANCE   UNDER CASE NUMBER 98CR-16270,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.7(a)

OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND


contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

                      CHARGE ID CODE: 13855
                      CASE NO.: 06CR-23138
                      COUNT NO.: 1

0000096.0277
2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about SEPTEMBER 22, 2006 at and within the County of Cook

ANTIONE WILLIS

committed the offense of          AGGRAVATED UNLAWFUL USE OF WEAPON


in that HE, KNOWINGLY POSSESSED ON OR ABOUT HIS PERSON A FIREARM, UPON

A PUBLIC STREET, TO WIT: NORTH KEYSTONE, WITHIN THE CORPORATE LIMITS

OF A CITY, TO WIT: THE CITY OF CHICAGO, AT A TIME WHEN HE WAS NOT ON

HIS OWN LAND OR IN HIS OWN ABODE OR FIXED PLACE OF BUSINESS AND WHEN

HE WAS NOT AN INVITEE THEREON FOR THE PURPOSE OF DISPLAY OF SUCH

WEAPON OR LAWFUL COMMERCE IN WEAPONS, AND THE FIREARM WAS UNCASED,

LOADED AND IMMEDIATELY ACCESSIBLE AT THE TIME OF THE OFFENSE, AND HE

HAS BEEN PREVIOUSLY CONVICTED OF A FELONY, TO WIT: UNLAWFUL USE OF A

WEAPON BY A FELON, UNDER CASE NUMBER 02CR-29065,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.6(a)(2)(3)(A)

OF THE ILLINOIS COMPILED STATUTES 2000 AS AMENDED AND


contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

(Count No. 2)
Charge ID Code: 12478
Case No. 06CR-23138

0000096.0278
2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of
the People of the State of Illinois, upon their oaths present that on
or about SEPTEMBER 22, 2006 at and within the County of Cook

ANTIONE WILLIS

committed the offense of          AGGRAVATED UNLAWFUL USE OF WEAPON

in that HE, KNOWINGLY POSSESSED ON OR ABOUT HIS PERSON A FIREARM, UPON

A PUBLIC STREET, TO WIT: NORTH KEYSTONE, WITHIN THE CORPORATE LIMITS

OF A CITY, TO WIT: THE CITY OF CHICAGO, AT A TIME WHEN HE WAS NOT ON

HIS OWN LAND OR IN HIS OWN ABODE OR FIXED PLACE OF BUSINESS AND WHEN

HE WAS NOT AN INVITEE THEREON FOR THE PURPOSE OF DISPLAY OF SUCH

WEAPON OR LAWFUL COMMERCE IN WEAPONS, AND HE HAD NOT BEEN ISSUED A

CURRENTLY VALID FIREARM OWNER'S IDENTIFICATION CARD, AND HE HAD BEEN

PREVIOUSLY CONVICTED OF A FELONY, TO WIT: UNLAWFUL USE OF A WEAPON BY

A FELON, UNDER CASE NUMBER 02CR-29065,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.6(a)(2)(3)(C)

OF THE ILLINOIS COMPILED STATUTES 2000 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

(Count No. 3)
Charge ID Code: 12478
Case No. 06CR-23138


0000096.0279
2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of
the People of the State of Illinois, upon their oaths present that on
or about SEPTEMBER 22, 2006 at and within the County of Cook

ANTIONE WILLIS

committed the offense of          AGGRAVATED UNLAWFUL USE OF WEAPON

in that HE, KNOWINGLY POSSESSED ON OR ABOUT HIS PERSON A FIREARM, UPON
A PUBLIC STREET, TO WIT: NORTH KEYSTONE, WITHIN THE CORPORATE LIMITS
OF A CITY, TO WIT: THE CITY OF CHICAGO, AT A TIME WHEN HE WAS NOT ON
HIS OWN LAND OR IN HIS OWN ABODE OR FIXED PLACE OF BUSINESS AND WHEN
HE WAS NOT AN INVITEE THEREON FOR THE PURPOSE OF DISPLAY OF SUCH
WEAPON OR LAWFUL COMMERCE IN WEAPONS, AND THE FIREARM WAS UNCASED,
LOADED AND IMMEDIATELY ACCESSIBLE AT THE TIME OF THE OFFENSE, AND HE
HAS BEEN PREVIOUSLY CONVICTED OF A FELONY, TO WIT: MANUFACTURE\
DELIVERY OF A CONTROLLED SUBSTANCE   UNDER CASE NUMBER 98CR-16270,
IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.6(a)(2)(3)(A)

OF THE ILLINOIS COMPILED STATUTES 2000 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

            (Count No. 4)
            Charge ID Code: 12479
            Case No. 06CR-23138



0000096.0280
2006

**************************************************************

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about SEPTEMBER 22, 2006 at and within the County of Cook

ANTIONE WILLIS

committed the offense of          UNLAWFUL USE OF WEAPON BY A FELON

in that HE, KNOWINGLY POSSESSED ON OR ABOUT HIS PERSON, A FIREARM, TO

WIT: A HANDGUN, AFTER HAVING BEEN PREVIOUSLY CONVICTED OF THE FELONY

OFFENSE OF UNLAWFUL USE OF A WEAPON BY A FELON, UNDER CASE NUMBER

02CR-29065, IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.1(a) OF THE

ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT 22
CHARGE ID CODE: 12309
CASE NUMBER 06CR-23138

0000096.0298
2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of
the People of the State of Illinois, upon their oaths present that on
or about SEPTEMBER 22, 2006 at and within the County of Cook

ANTIONE WILLIS

committed the offense of           UNLAWFUL USE OF WEAPON BY A FELON

in that HE, KNOWINGLY POSSESSED ON OR ABOUT HIS PERSON, A FIREARM, TO

WIT: A HANDGUN, AFTER HAVING BEEN PREVIOUSLY CONVICTED OF THE FELONY

OFFENSE OF MANUFACTURE\DELIVERY OF A CONTROLLED SUBSTANCE, UNDER CASE

NUMBER 98CR-16270, IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.1(a)

OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.

COUNT 23
CHARGE ID CODE: 12309
CASE NUMBER 06CR-23138


0000096.0299
2006

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
The Grand Jurors chosen, selected and sworn, in and for the County of
Cook, in the State of Illinois, in the name and by the authority of
the People of the State of Illinois, upon their oaths present that on
or about SEPTEMBER 22, 2006 at and within the County of Cook

                        ANTIONE WILLIS


committed the offense of        UNLAWFUL USE OF WEAPON BY A FELON

in that HE, KNOWINGLY POSSESSED ON OR ABOUT HIS PERSON, A FIREARM, TO

WIT: A HANDGUN, AFTER HAVING BEEN PREVIOUSLY CONVICTED OF THE FELONY

OFFENSE OF MANUFACTURE\DELIVERY OF A CONTROLLED SUBSTANCE, UNDER CASE

NUMBER 95CR-25365, IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.1(a)

OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND




contrary to the Statute and against the peace and dignity of the same
People of the State of Illinois.
                            COUNT 24
                            CHARGE ID CODE: 12309
                            CASE NUMBER 06CR-23138





0000096.0300
2006

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about SEPTEMBER 22, 2006 at and within the County of Cook

ANTIONE WILLIS

committed the offense of        UNLAWFUL USE OF WEAPON BY A FELON

in that HE, KNOWINGLY POSSESSED ON OR ABOUT HIS PERSON, A FIREARM, TO

WIT: A HANDGUN, AFTER HAVING BEEN PREVIOUSLY UNLAWFUL USE OF A WEAPON

BY A FELON, UNDER CASE NUMBER 93CR-27690, IN VIOLATION OF CHAPTER 720

ACT 5 SECTION 24-1.1(a) OF THE ILLINOIS COMPILED STATUTES 1992 AS

AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT 25
CHARGE ID CODE: 12309
CASE NUMBER 06CR-23138

0000096.0301
2006

*****************************************************************

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about SEPTEMBER 22, 2006 at and within the County of Cook

ANTIONE WILLIS

committed the offense of     AGGRAVATED ASSAULT

in that HE, IN COMMITTING AN ASSAULT, WITHOUT LAWFUL AUTHORITY, ENGAGED IN CONDUCT WHICH PLACED JOSEPH WAGNER IN REASONABLE APPREHENSION OF RECEIVING A BATTERY, TO WIT: POINTED A HANDGUN AT JOSEPH WAGNER, KNOWING HIM TO BE A PEACE OFFICER, TO WIT: CHICAGO POLICE DEPARTMENT, ENGAGED IN THE EXECUTION OF ANY OF HIS OFFICIAL DUTIES, AND THE ASSAULT WAS COMMITTED OTHER THAN BY THE DISCHARGE OF A FIREARM IN THE DIRECTION OF JOSEPH WAGNER OR IN THE DIRECTION OF A VEHICLE OCCUPIED BY JOSEPH WAGNER,
IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 12-2(A)(6)
OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 11476
CASE NO.: 06CR-23138
COUNT NO.: 27



0000096.0303
2006