# Exhibit E

IN THE CIRCUIT COURT OF COOK COUNTY

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | CASE NUMBER   06CR2313801 |
| V. | ) | DATE OF BIRTH   06/26/73 |
| ANTIONE   WILLIS | ) | DATE OF ARREST  09/22/06 |
| Defendant | | IR NUMBER 0937011   SID NUMBER |

## ORDER OF COMMITMENT AND SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | Class |
|---|---|---|---|---|
| 001 | 720-5/24-1.7(A) | ARMED HABITUAL CRIMINAL | YRS. 006  MOS.00 | X |

and said sentence shall run concurrent with count(s) ___ ___ ___ ___

_____  _____  _____  YRS. ____ MOS. ____ ____
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____  _____  _____  YRS. ____ MOS. ____ ____
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____  _____  _____  YRS. ____ MOS. ____ ____
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____  _____  _____  YRS. ____ MOS. ____ ____
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

On Count ___ defendant having been convicted of a class _ offense is sentenced as a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 0668 days as of the date of this order

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) _____
AND: consecutive to the sentence imposed under case number(s) _____
_____

IT IS FURTHER ORDERED THAT ALL OTHER COUNT'S (2,3,4 & 5) MERGE WITH COUNT #1; BOND REVOKED; MITT TO ISSUE._____

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED   JULY 17, 2008                    ENTER: 07/17/08

CERTIFIED BY   C LEWIS
              DEPUTY CLERK                       JUDGE: SALONE MARCUS R.   1571
GCPR 07/17/08 12:31:51                                                    CCG N305