# Exhibit F

06CR2313801

THE PEOPLE OF THE STATE OF ILLINOIS VS. ANTIONE WILLIS

| DATE | PAPERS FILED |
|---|---|
| 10/19/06 | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE: 11/2/06 |
| | BAIL PREVIOUSLY SET $ |

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| | | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE Salone |
| 11-2-06 | Salone | (C) B/A 11-20-06 |
| 11/20/06 | Salone | (C) PDA BA 1-3-07x |
| 1/3/07 | Salone | (C) BA 2-14-07x |
| 2-14-07 | Salone | (C) B/A 3/28/07x |
| 3-28-07 | Salone | Cont. B/A 5-7-07 status |
| 5-7-07 | Salone | (C) BA 6-11-07 |
| 6-11-07 | Salone | (C) B/A 7-16-07 |
| 7-16-07 | Salone | PP (C) Atty Lakshmi Jha Present (P.D.) B/A 8-14-07 for status |

(Rev. 4/2/01) CCCR 0605 A (OVER)

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| 8/14/07 | Salone | (C) BA 9/24/07 |
| 9/24/07 | Salone | PP (C) TDA Oct. 12, 07 |
| 10·12·07 | Salone | PP (C) Draft Order Entered (Cermak Hospital) Draft Order Entered (Inventory) TDA Oct. 22, 07 |
| 10/22/07 | Salone | PP (C) TDA Dec. 12, 07 For Motion/Trial |
| 12·12·07 | Salone | PP (C) TDA Feb. 4, 08 For Motion/Trial |
| 2·4·08 | Salone | PP (C) Defense Files Answer & Discovery TDA February 25-2008 |
| 2/8/08 | Salone | HOC 2/25/08 |
| 2/25/08 | Salone | (C) nolle pros. cts 5-21 TC&C 3/31/08 |
| 3-31-08 | Salone | C PDIC PNG JWFG ct 1,2,3,4,22 23,24,25 FNG ct 26 & 28 FG ct 27 Bond Revoked. PSI ordered |

(Rev. 4/02/01) CCCR 0605 B

| THE PEOPLE OF THE STATE OF ILLINOIS VS. Antione Willis | CASE NO. 06 CR 23138 01 |
|---|---|
| **DATE** | **PAPERS FILED** |
| | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE: |
| | BAIL PREVIOUSLY SET $ |

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| | | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE |
| 4-30-08 | Hill | C. PSI filed DFMF New Trial B/A 6-13-08 |
| 6.13.08 | Malone | PPC BA 7.17.08 + |
| 7.17.08 | Malone | PP C PSI Received, Filed and Tendered; Amended Motion for New Trial IS Denied; Agg. & Mitigation Heard; Deft. Sent to 6 yrs IDOC, CT #1 CTS 2,3,4 & 5 Merge with CT #1 Credit Deft. 668 Days Served Deft. AMR, Bond Revoked, Mtt |

(Rev. 4/2/01) CCCR 0605 A          (OVER)

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| | | |

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| | | |

Rev. 4/02/01) CCCR 0605 B

THE PEOPLE OF THE STATE OF ILLINOIS

v. *Antoine Willis*

Case No. 06 CR 23138

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| 8/12/08 | CLERK'S OFFICE | NOTICE OF APPEAL FILED |
| 08-19-2008 | | NOTICE OF APPEAL MAILED |
| | | APPELLATE HEARING DATE ASSIGNED BEFORE PRESIDING JUDGE |
| 08-22-2008 | PAUL P. BIEBEL JR. | (A) ☑ APPOINTED STATE APPELLATE DEFENDER |
| | | (B) ☐ APPOINTED PUBLIC DEFENDER |
| | | (C) ☐ PRIVATE ATTORNEY |
| | | (D) ☐ PRO SE LITIGANT/REPRESENTS SELF |
| | | (E) ☐ STATE'S ATTORYNEY/PERFECT THE APPEAL |
| | | (F) ☐ OTHER |
| | | APPOINTED TO REPRESENT THE DEFENDANT ON THE APPEAL |
| | | ☑ FREE REPORT OF PROCEEDINGS, ALLOWED |
| | | APPEAL DENIED |
| | | (G) ☐ TRANSCRIPTS w/o COST ALLOWED LATE |
| | | (H) ☐ TRANSCRIPTS w/o COST DENIED |
| | | NOT AN APPEALABLE ORDER |

(10/4/07) CCCR 0615