**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **ANTIONE L. WILLIS,** | | ) | |
| | | ) | |
| | **Plaintiff,** | ) | **Case No. 08 CV 01964** |
| | | ) | |
| **v.** | | ) | **Honorable Edmond E. Chang** |
| | | ) | |
| **JOSEPH WAGNER, et al.** | | ) | |
| | | ) | |
| | **Defendants.** | ) | |

**FINAL WITNESS LISTS AND EXHIBIT CHARTS**

Plaintiff Antione L. Willis ("Willis") and Defendant Joseph Wagner ("Wagner"), by and through their attorneys and pursuant to Federal Rule of Civil Procedure Rule 16 and the local rules of the United States District Court for the Northern District of Illinois, Eastern Division, hereby submit their Final Witness Lists and Exhibit Charts to the Pretrial Order:

1.     **Witness Description List.**  Final Witness lists for Willis and Wagner, including expert witnesses (divided into:  (a) witnesses who <u>will</u> be called; and (b) witnesses who <u>may</u> be called) are attached as <u>Exhibit A</u> and <u>B</u>, respectively.

2.     **Exhibits and Exhibit Charts.**  Final Exhibit Charts for Willis and Wagner are attached as <u>Exhibit C</u> and <u>D</u>, respectively.

Date:   August 29, 2014

Respectfully submitted,

ANTIONE L. WILLIS, Plaintiff

JOSEPH WAGNER, Defendant

By:  /s/ David M. Allen

David M. Allen (#0032239)
Rachel T. Nguyen (#6270349)
E. Jason Burke (#6295997)
FAEGRE BAKER DANIELS LLP
311 South Wacker Drive, Suite 4400
Chicago, Illinois  60606
Telephone:  (312) 212-6500
Facsimile:  (312) 212-6501
Email:  david.allen@faegrebd.com
Email:  rachel.nguyen@faegrebd.com
Email:  jason.burke@faegrebd.com

By:  /s/ Caroline Fronczak

Caroline Fronczak
Barrett Boudreaux
Nicholas Siefert
Assistant Corporation Counsel
City of Chicago
30 North LaSalle Street
Chicago, IL 60602
Telephone:  (312) 744 5126
Facsimile: (312) 744-6566
Email:  caroline.fronczak@cityofchicago.org
Email:  barrett.boudreaux@cityofchicago.org
Email:  nicholas.siefert@cityofchicago.org

## <u>CERTIFICATE OF SERVICE</u>

I, David M. Allen, an attorney, certify that I caused to be served **Final**

**Witness Lists and Exhibit Charts**, via ECF filing on August 29, 2014 to:

| | |
|---|---|
| **Caroline Jane Fronczak**<br>City of Chicago (30 N LS)<br>30 North LaSalle Street<br>Chicago, IL 60602<br>(312) 744 5126<br>Fax: 312-744-6566<br>Email: caroline.fronczak@cityofchicago.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | **Liza Marie Franklin**<br>City of Chicago, Department of Law<br>30 North LaSalle Street<br>Suite 1400<br>Chicago, IL 60602<br>(312) 742-0170<br>Fax: (312) 744-6566<br>Email: lfranklin@cityofchicago.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Barrett E. Rubens**<br>City of Chicago, Department of Law<br>30 North LaSalle Street<br>Room 900<br>Chicago, IL 60602<br>(312) 742-6404<br>Fax: (312) 744-6566<br>Email: barrett.rubens@cityofchicago.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | **Nicholas E. Siefert**<br>City of Chicago, Department of Law<br>30 North LaSalle Street<br>Room 900<br>Chicago, IL 60602<br>(312) 742-9586<br>Fax: (312) 744-6566<br>Email: nicholas.siefert@cityofchicago.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Shneur Z. Nathan**<br>Andrew M. Hale & Associates, LLC<br>53 W. Jackson, #1800<br>Chicago, IL 60604<br>(312) 341-9646<br>Email: snathan@ahalelaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | |

/s/David M. Allen_____ _____

US.54783880.01

# Exhibit A

## PLAINTIFF ANTIONE L. WILLIS' FINAL WITNESS LIST

**A.** **Witnesses Who Will Be Called By Plaintiff Antione L. Willis.**

| Name of Witness | Description of Witness | Objection |
|---|---|---|
| 1. Roger A. Clark | Clark is a former police officer and is self-employed with Police Procedures Consultant, Inc. Clark has been identified as an expert witness for Plaintiff on proper police procedure and law enforcement relating to the use of deadly force and has issued two expert reports. | No objection subject to the Court's ruling on the Motion to Bar the Expert Opinions of Roger A. Clark. |
| 2. Fred Tomasek | Tomasek is a forensic scientist with the Illinois State Police – Division of Forensic Services. Tomasek specializes in firearms and toolmark examinations. Tomasek examined physical evidence (including two firearms and several cartridge cases) relating to the shooting incident involving the Plaintiff and Defendant. Tomasek has been identified as an expert witness for the Defendant. | No objection. However, if possible, the parties will try to reach a stipulation regarding Tomasek's testimony. |
| 3. James Triantafillo | Triantafillo is an Officer with the Chicago Police Department and the Defendant's partner. Triantafillo witnessed the shooting incident involving the Plaintiff and Defendant. | No objection. |

| Name of Witness | Description of Witness | Objection |
|---|---|---|
| 4. Joseph Wagner | Wagner is an Officer with Chicago Police Department and the Defendant in this case. Wagner allegedly used excessive force when he fired one shot from his gun at Plaintiff, causing Plaintiff to receive a graze wound to the side of his left hip. | No objection. |
| 5. Antione L. Willis | Willis is the Plaintiff in this case. Willis received a graze wound to the side of his left hip when the Defendant allegedly used excessive force and fired one shot from his gun at Willis. | No objection. |

**B.**    **Witnesses Who May Be Called By Plaintiff Antione L. Willis.**

| Name of Witness | Description of Witness | Objection |
|---|---|---|
| 1. Dr. Fernando Orellana | Orellana is an Emergency Room physician at Mount Sinai Hospital Medical Center in Chicago, Illinois. Orellana treated the Plaintiff following the shooting incident involving the Plaintiff and Defendant. | No objection. However, if possible, the parties will try to reach a stipulation regarding Orellana's testimony. |

2

# <u>Exhibit B</u>

## DEFENDANT JOSEPH WAGNER'S FINAL WITNESS LIST

**B.**     **Witnesses Who Will Be Called By Defendant Joseph Wagner.**

| Name of Witness | Description of Witness | Objection |
|---|---|---|
| 1.  Joseph Wagner | Defendant | No objection. |
| 2.  James Triantafillo | Triantafillo is an Officer with the Chicago Police Department and the Defendant's partner.  Triantafillo witnessed the shooting incident involving the Plaintiff and Defendant. | No objection. |

**Witnesses Who May Be Called By Defendant Joseph Wagner.**

| Name of Witness | Description of Witness | Objection |
|---|---|---|
| 1. Stephen Coleman | Coleman is an Officer with the Chicago Police Department.  Coleman and his partner, David Granado, responded to the police dispatch call that led to the shooting incident involving the Plaintiff and Defendant. | No objection. |
| 2.  David Granado | Granado is an Officer with the Chicago Police Department.  Granado and his partner, Stephen Coleman, responded to the police dispatch call that led to the shooting incident involving the Plaintiff and Defendant. | No objection. |
| 3. David March | March is a Detective with the Chicago Police Department.  March was the lead investigator of the events relating to the shooting incident involving the Plaintiff and Defendant. | No objection. |
| 4.  Investigator Kimberly Reynolds | Took various statements of Plaintiff during internal investigation of shooting (to be called for impeachment purposes only) | No objection. |

# Exhibit C

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

**To be entered into evidence**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 1 | 10/31/2013 | No bates range | Roger A. Clark Expert Report | Tends to disprove Defendant's version of events | No objection subject to redaction based on the Court's ruling on the Motion to Bar the Expert Opinions of Roger A. Clark. |
| 2 | Undated | No bates range | Roger A. Clark Curriculum Vitae | Establishes expert credentials | No objection subject to redaction based on the Court's ruling on the Motion to Bar the Expert Opinions of Roger A. Clark. |
| 3 | 09/19/2013 | No bates range | Roger A. Clark Fee Schedule | Expert fee arrangement | No objection subject to redaction based on the Court's ruling on the Motion to Bar the Expert Opinions of Roger A. Clark. |
| 4 | 10/30/2013 | No bates range | Roger A. Clark List of Sworn Testimony 10/28/2009 - 10/30/13 | Establishes expert credentials | No objection subject to redaction based on the Court's ruling on the Motion to Bar the Expert Opinions of Roger A. Clark. |
| 5 | 01/06/2014 | No bates range | Roger A. Clark Supplemental Report | Tends to disprove Defendant's version of events | No objection subject to redaction based on the Court's ruling on the Motion to Bar the Expert Opinions of Roger A. Clark. |

1

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 6 | **Withdrawn** | | | | |
| 7 | **Withdrawn** | | | | |
| 8 | **Withdrawn** | | | | |
| 9 | **Withdrawn** | | | | |
| 10 | 09/22/2006 | No bates range | Audio Clip and Transcript of Radio Dispatch Call | Used to refresh recollection and/or for impeachment<br><br>Relevant to Defendant's knowledge and state of mind prior to use of deadly force | No objection. |
| 11 | **Withdrawn** | | | | |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 12 | 02/13/2007 | FCRL000050-64 | CPD Case Supplementary Report by D. March and W. Hartmann | Used to refresh recollection and/or for impeachment<br><br>As to Defendant Wagner, opposing party statements that are not hearsay pursuant to Rule 801(d)(2) because Defendant expressly adopted while giving testimony during the February 25, 2008 proceedings in People v. Willis, 06-CR-23138 (2/25/08 Tr. at 30:3-16)<br><br>As to Officer Triantafillo, may come in as substantive evidence pursuant to 801(d)(1) – statements that are not hearsay – if testimony is inconsistent | R. 401 and 403. See also Court's ruling on Defendant's MIL #8. |
| 13 | **Withdrawn** | | | | |
| 14 | **Withdrawn** | | | | |
| 15 | **Withdrawn** | | | | |
| 16 | **Withdrawn** | | | | |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 17 | Withdrawn | | | | |
| 18 | Withdrawn | | | | |
| 19 | Withdrawn | | | | |
| 20 | Withdrawn | | | | |
| 21 | Withdrawn | | | | |
| 22 | Withdrawn | | | | |
| 23 | Withdrawn | | | | |
| 24 | Withdrawn | | | | |
| 25 | Withdrawn | | | | |

## ANTIONE L. WILLIS v. JOSEPH WAGNER
### Case No. 08-cv-01964

### PLAINTIFF'S FINAL TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 26 | **Withdrawn** | | | | |
| 27 | 09/22/2006 | FCRL 000564-565 | Tactical Response Report by J. Triantafillo | Used to refresh recollection and/or for impeachment | No objection if used only for its stated purpose. |
| 28 | **Withdrawn** | | | | |
| 29 | 09/23/2006 | FCRL 000568-571 | Tactical Response Report and Officer's Battery Report re: J. Wagner | Used to refresh recollection and/or for impeachment | No objection if used only for its stated purpose. |
| 30 | **Withdrawn** | | | | |
| 31 | **Withdrawn** | | | | |
| 32 | 09/23/2006 | FCRL000007-11 | CPD Arrest Report Final Approval | Relevant to Plaintiff's damages | R. 401 and R. 403. |
| 33 | **Withdrawn** | | | | |
| 34 | **Withdrawn** | | | | |
| 35 | **Withdrawn** | | | | |

5

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 36 | Withdrawn | | | | |
| 37 | Withdrawn | | | | |
| 38 | Withdrawn | | | | |
| 39 | 09/23/2006 | FCRL000387-455 | CPD Crime Scene Photos | Used to refresh recollection and/or for impeachment | No objection. |
| 40 | Withdrawn | | | | |
| 41 | Withdrawn | | | | |
| 42 | Withdrawn | | | | |
| 43 | Withdrawn | | | | |
| 44 | Withdrawn | | | | |
| 45 | Withdrawn | | | | |

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 46 | **Withdrawn** | | | | |
| 47 | **Withdrawn** | | | | |
| 48 | **Withdrawn** | | | | |
| 49 | **Withdrawn** | | | | |
| 50 | **Withdrawn** | | | | |
| 51 | Undated | FCRL000566-567 | CPD Officer's Battery Report by James Triantafillo | Used to refresh recollection and/or for impeachment<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | No objection. |
| 52 | 09/23/2006 | FCRL000568-569 | CPD Final Tactical Response Reports by J. Wagner | Used to refresh recollection and/or for impeachment<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | No objection. |
| 53 | **Withdrawn** | | | | |

7

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 54 | **Withdrawn** | | | | |
| 55 | **Withdrawn** | | | | |
| 56 | **Withdrawn** | | | | |
| 57 | 01/07/2014 | ALW0023 (1-167) | Group Exhibit; Exhibits to Roger A. Clark Supplemental Expert Report - Crime Scene Photos / Photos of Physical Evidence Taken by Roger Clark at ERPS, and any and all physical evidence from the crime scene | Tends to disprove Defendant's version of events | No objection subject to redaction based on the Court's ruling on the Motion to Bar the Expert Opinions of Roger A. Clark. |
| 58 | **Withdrawn** | | | | |
| 59 | **Withdrawn** | | | | |
| 60 | 09/23/2006 | FCRL 000201 | Addendum to General Offense Case Report | Used to refresh recollection and/or for impeachment | No objection if used only for its stated purpose. |
| 61 | **Withdrawn** | | | | |

8

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 62 | **Withdrawn** | | | | |
| 63 | | ISP00014-87 | Lab Report of F. Tomasek | Used to refresh recollection and/or for impeachment<br><br>Proves weapon recovered from scene inoperable as received | R. 401, R. 403. See Defendant's MIL#25. |
| 64 | **Withdrawn** | | | | |
| 65 | 09/22/2009 | No bates range | CD of 911 Calls, Zone 10 Radio | Used to refresh recollection and/or for impeachment | No objection. |
| 66 | 09/23/2006 | FCRL000264 | DVD of Crime Scene, Alley View | Depicts crime scene | No objection. |
| 67 | 09/23/2006 | FCRL000265 | DVD of Crime Scene, Street View | Depicts crime scene | No objection. |
| 68 | **Withdrawn** | | | | |
| 69 | **Withdrawn** | | | | |
| 70 | **Withdrawn** | | | | |
| 71 | **Withdrawn** | | | | |
| 72 | **Withdrawn** | | | | |

9

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 73 | **Withdrawn** | | | | |
| 74 | **Withdrawn** | | | | |
| 75 | **Withdrawn** | | | | |
| 76 | **Withdrawn** | | | | |
| 77 | **Withdrawn** | | | | |
| 78 | 05/30/2013 | No bates range | Deposition Transcript of Fred Tomasek | Used to refresh recollection and/or for impeachment<br><br>Substantive evidence pursuant to 801(d)(1) – statements that are not hearsay – if testimony is inconsistent | No objection if only used to refresh recollection and/or for impeachment. |
| 79 | 05/21/2013 | No bates range | Deposition Transcript of James Triantafillo | Used to refresh recollection and/or for impeachment<br><br>Substantive evidence pursuant to 801(d)(1) – statements that are not hearsay – if testimony is inconsistent | No objection if only used to refresh recollection and/or for impeachment. |

10

## ANTIONE L. WILLIS v. JOSEPH WAGNER
### Case No. 08-cv-01964

### PLAINTIFF'S FINAL TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 80 | 04/01/2013 | No bates range | Deposition Transcript of Joseph Wagner | Used to refresh recollection and/or for impeachment<br><br>Opposing party statements that are not hearsay pursuant to Rule 801(d)(2)<br><br>Admission by party opponent<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | No objection if only used to refresh recollection and/or for impeachment. |
| 81 | 05/29/2013 | No bates range | Deposition Transcript of Joseph Wagner | Used to refresh recollection and/or for impeachment<br><br>Opposing party statements that are not hearsay pursuant to Rule 801(d)(2)<br><br>Admission by party opponent<br><br>Tends to disprove Defendant's version of events and stated reason for use of deadly force | No objection if only used to refresh recollection and/or for impeachment. |
| 82 | **Withdrawn** | | | | |
| 83 | **Withdrawn** | | | | |

### ANTIONE L. WILLIS v. JOSEPH WAGNER
### Case No. 08-cv-01964

### PLAINTIFF'S FINAL TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 84 | 02/25/2008 | No bates range | People v. Willis Transcript of Report of Proceedings | Used to refresh recollection and/or for impeachment<br><br>Opposing party statements that are not hearsay pursuant to Rule 801(d)(2) | No objection if only used to refresh recollection and/or for impeachment. |
| 85 | 03/31/2008 | No bates range | People v. Willis Transcript of Report of Proceedings | Used to refresh recollection and/or for impeachment<br><br>Opposing party statements that are not hearsay pursuant to Rule 801(d)(2) | No objection if only used to refresh recollection and/or for impeachment. |
| 86 | 07/17/2008 | No bates range | People v. Willis Transcript of Report of Proceedings | Used to refresh recollection and/or for impeachment<br><br>Opposing party statements that are not hearsay pursuant to Rule 801(d)(2) | No objection if only used to refresh recollection and/or for impeachment. |
| 87 | | No bates range | Inventory of Physical Evidence at the CPD Evidence and Recovery Property Section examined and identified by Roger A. Clark in his Supplemental Expert Report | Tends to disprove Defendant's version of events and stated reason for use of deadly force | No objection subject to redaction based on the Court's ruling on the Motion to Bar the Expert Opinions of Roger A. Clark. |

12

**ANTIONE L. WILLIS v. JOSEPH WAGNER**
**Case No. 08-cv-01964**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 88 | | | Any and all documents referenced by and/or relied on by Roger A. Clark in his Expert Report and Supplemental Expert Report | Tends to disprove Defendant's version of events | No objection subject to (1) the Court's ruling on the Motion to Bar the Expert Opinions of Roger A. Clark and (2) Defendant's stated substantive objections to various reports and other documentation as indicated. |
| 89 | **Withdrawn** | | | | |
| 90 | **Withdrawn** | | | | |
| 91 | | | Any and all documents listed on Defendants' Exhibit List | Impeachment | No objection. |
| 92 | **Withdrawn** | | | | |

13

ANTIONE L. WILLIS v. JOSEPH WAGNER
Case No. 08-cv-01964

PLAINTIFF'S FINAL TRIAL EXHIBIT LIST

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 200 | | | Zoning map of the 800 block of North Keystone Avenue, Chicago, Illinois | Depicts crime scene | No objection. |
| 201 | | | A legend identifying various locations marked on the aforementioned zoning map. | Depicts crime scene | No objection. |
| 202 | | | Satellite photographs of various locations on the 800 block of North Keystone Avenue, Chicago, Illinois obtained via the Internet in 2013 | Depicts crime scene | No objection. |
| 203 | | | Certain photographs taken at the scene of the shooting on September 22, 2006 | Depicts crime scene<br><br>Tends to disprove Defendant's version of events | No objection. |
| 204 | | | A manikin and rods that will be used to show the bullet trajectory. | Tends to disprove Defendant's version of events | No objection. |
| 205 | | | Any and all demonstrative aids prepared for use at the trial of this matter | Relevant to liability and damages | No objection. |

# **Exhibit D**

**DEFENDANT JOSEPH WAGNER'S FINAL EXHIBIT TRIAL LIST**

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 1 group | 09/22/06 | FCRL387-455 | Photographs | Depict crime scene and recovered evidence | No objection. |
| 2 | | No bates range | Certified Copy of Conviction, *People v. Willis*, 06CR2313801 | To show Plaintiff's conviction for the underlying offense pursuant to FRE 609 and FRE 404(b) | No objection subject to redaction based on the Court's ruling on Plaintiff's MIL #10. |
| 3 | | No bates range | Certified Copy of Conviction, *People v. Willis*, 02CR2906501 | To show Plaintiff's motivation to run from the police and avoid arrest as well as for credibility pursuant to FRE 609 and FRE 404(b) | No objection subject to redaction based on the Court's ruling on Plaintiff's MIL #10. |
| 4 | | No bates range | Certified Copy of Conviction, *People v. Willis*, 98CR1627001 | To show Plaintiff's motivation to run from the police and avoid arrest as well as for credibility pursuant to FRE 609 and FRE 404(b) | No objection subject to redaction based on the Court's ruling on Plaintiff's MIL #10. |
| 5 | | No bates range | Demonstrative exhibit of map of the area | To show the jury where the incident occurred. | No objection subject to confirmation of authenticity and accuracy.  If possible, the parties will try to agree on a demonstrative exhibit of the map of the area that both parties may use.  See Plaintiff's Exhibits 200 and 201. |

| TRIAL EX. NO. | DATE | BATES NO. RANGE | DESCRIPTION | RELEVANCE | OBJECTION |
|---|---|---|---|---|---|
| 6 | | No bates range | OEMC Audio of police dispatch | To show jury what officers responded to and their actions immediately after the shooting. | No objection.  If possible, the parties will try to agree on the relevant portions of the OEMC audio of the police dispatch call that both parties may use.  See Plaintiff's Exhibits 10 and 65. |

2

US.54400834.02